JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE FLORES, | Case No. 5:25-cv-00203-MWC-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CALIFORNIA HIGHWAY PATROL, et al., | |
| Defendants. | |

Pursuant to the Order Denying Various Motions and Dismissing First Amended Complaint as Duplicative,

JUDGMENT IS HEREBY entered dismissing the action without prejudice.

Dated: June 30, 2025

_____
MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE